

FILED
CLERK, U.S. DISTRICT COURT

JUL 13 2011

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION / BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Dennis Lee Patterson DEFENDANT(S). | CASE NUMBER SA11MJ234 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __7-15-11__, _____, at _____ ☐a.m. / ☐p.m. before the Honorable __OSWALD PARADA__, in Courtroom __3__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __7-13-11__

_____
U.S. District Judge/Magistrate Judge